ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

James E. SAVAGE, Claimant–Appellee,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellant.

No. 2011–7105.

United States Court of Appeals, Federal Circuit.

May 26, 2011.

David J. Lowenstein, Goodman, Allen & Filetti, Arlington, VA, for Claimant–Appellee.

Meredyth Cohen Havasy, Department of Justice, Washington, DC, for Respondent–Appellant.

### ORDER

The parties having so agreed, it is

Andres Gutierrez ESTRADA, Appellant,

v.

TELEFONOS DE MEXICO, S.A.B. DE C.V., Appellee.

No. 2010–1558.

United States Court of Appeals, Federal Circuit.

June 1, 2011.

Andres Gutierrez Estrada, pro se.

Julie B. Seyler, Abelman, Frayne & Schwab, New York, NY, for Appellee.

### ORDER

Appellant having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.